MHN

United States District Court
Northern District of Illinois
Eastern Division

FILED
Oct 18, 2010
OCT 1 8 2010
mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Nicholas Solivan
Plaintiff,

VS.

Thomas Dart, et al.
Defendants.

)
)
)
)
)
)
)

Case No. 10 C 1703

Honorable Judge
Virginia M. Kendall

Magistrate Judge
Micheal T. Mason

## Plaintiff's Motion for An Order Compelling

## Discovery

Now comes Nicholas Solivan, Pro-se, to respectfully move this Honorable Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Defendants Thomas Dart, et al. to produce for inspection and coping the following Documents and information which are attached hereto. Plaintiff submitted written request for these Documents and information, pursuant to Rule 34 of the Federal Rules of Civil Procedure on July 20th, 2010 and again on Sept. 30th 2010, but have yet recieved the documents and information.

On Sept. 30th 2010 during the Status hearing Defendants stated that all Documents and information requested by the Plaintiff would be served upon him within the next two weeks, but has failed to do so.

Defendants have failed to submit a motion or file any papers stating a reason for there delay to the courts or Plaintiff, After the time limits set by Federal Rules of Civil Procedure.

Defendant Thomas Dart is the Sheriff of Cook County Jail, and has access to what his subordinates know and all the information in record available to him. There for there is know substantial justification as to why none of the Documents or information has not been served upon the Plaintiff in the time limits set by Federal Rules of Civil Procedure.

In suport Plaintiff States:

1) Plaintiff is at a stand still unable to move foward with discovery due to the Defendants with holding Documents and information

2) Plaintiff is unable to get the identities to properly serve the unknown Defendants in this matter.

3) Defendants are with holding tangible Documents, and information, and Crucial Evidence in which the Plaintiff needs to justify certain facts in his complaint

4) Defendants failure to comply with Federal Rules of Civil Procedure, has caused a substantial Delay

in Plaintiff's Discovery, Defendants are fully aware that the Plaintiff is Pro-SE and incarcerated, and the times in which Discovery is set to close as well as other Dead lines, hendering the Plaintiff to meet those Dead lines by with holding those Documents, information and crucial Evidence.

5) Plaintiff is unable to conduct a proper discovery such as serving unknow defendants, and for them to Enter an appearance, getting interrogatories, Depositions, and to Obtain the documents, information, and crucial evidence needed in this Discovery, in the times set by the Courts due to the Defendants failure to comply with the time limits set by Federal Rules of Civil Procedure

Plaintiff also moves this Honorable court for an order pursuant to Rule 37 (a) (4) requiring the aforesaid Defendants to pay Plaintiff the sum of ($300.00) Three hundred Dollars as reasonable expenses in obtaining this order, on the ground that the Defendants' refusal to produce the Documents and information, had no substantial justification.

WHEREFORE, the Plaintiff request that this court grant the following Relief:

1) That this Honorable Court Order the Defendants to produce the documents and information to the Plaintiff, which are attached here to.

United States District Court
Northern District of Illinois
Eastern Division

Nicholas Solivan
    Plaintiff,

VS.

Thomas Dart, et al.

    Defendants.

}

Case No. 10 C 1703

Honorable Judge
Virginia M. Kendall

Magistrate Judge
Micheal T. Mason

Proof of Certificate of Service

TO: Clerk Office
U.S. District Court
219 South Dearborn Street
Chicago Il 60604

TO: Scott A. Nehls #6290318
Assistant States Attorney
Tort/civil rights litigation Section
500 Richard J. Daley Center
Chicago, Il. 60602

Please Take Note that on Oct. 12th, 2010
I have placed the documents listed below in the
institutional mail at Lawrence Correctional Center
Properly address to the parties listed above for
mailing through the United States Postal Service:
Plaintiff's Motion for an Order Compelling Discovery
A copy is hereby served upon the opposing party!

Subscribed and Sworn to Before me this
12th Day of October 2010

Sarah A. Dunlap
Notary Public

Nicholas Solivan #K80171
Lawrence Correctional Center
R.R. 2, Box 31
Sumner Il 62466

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014

2) That this Honorable Court order pursuant to Rule 37(a)(4) the Aforesaid Defendants to pay Plaintiff the sum of ($300.00) Three hundred Dollars, as Reasonable expenses in obtaining this order.

3) And to grant any other Relief it deem necessary and just.

Nicholas Solivan

#K80171
Lawrence Correctional Center
R.R. 2, Box 31
Sumner, Il. 62466

Subscribed and Sworn to Before me this
19th Day of October 2010

Sarah A. Dunlap
**Notary Public**

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014

Scott A. Nehls  #6290318
Assistant States Attorney
Tort/Civil Rights litigation Section
500 Richard J. Daley Center
Chicago, Il. 60602

**RETURNED**

JUL 2 8 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Solivan v. Dart, 10 C 1703 ;
Information of unkown Defendants Identities Request

Mr. Nehls

I am the Plaintiff and am representing my self
Pro Se in this matter. Enclosed is a copy of
the information I am requesting. I need the
Identities of all unknown Defendants so they
can be properly served in this matter As soon
As posible.
Thank you for your cooperation in this matter

Nicholas Solivan
#K80171
%o Lawrence Correctional Center
R. R. 2, Box 31
Sumner, Il, 62466

Subscribed and Sworn to Before me this
20th Day of July 2010

Sharon L. McCorkle
**Notary Public**

OFFICIAL SEAL
SHARON L. MCCORKLE
Notary Public - State of Illinois
My Commission Expires Jul 14, 2013

Mr. Nehls
I am requesting the following information;

1. The identities of all the unknown Defendants;
First name, Last Name, Badge numbers, locations and
any information on Jane and John Does, so the
unknown Defendants can be properly summoned
in this matter.

2. Identities of following Defendants:

1) Officer John Doe #1
2) Sergeant John Doe #1
3) Lieutenant John Doe #1
4) Officer John Doe #2
5) Sergeant John Doe #2
6) Officer John Doe #3
7) Officer John Doe #4
8) Nurse Jane/John Doe #1

Nicholas Solivan #K80171
%lawRence CoRRectional Center
R.R.2, BOX 31
SumneR I1 62466

**Subscribed and Sworn to Before me this**
_20th_ Day of _July 2010_

_Sharon L. McCorkle_
**Notary Public**

OFFICIAL SEAL
SHARON L. MCCORKLE
Notary Public - State of Illinois
My Commission Expires Jul 14, 2013

Nicholas Solivan

-vs-

Tom Dart, et al.

CASE NO. 10 C 1703
Judge Virginia M. Kendall
Magistate Judge Micheal T. Mason

## Proof And Certificate Of Service

TO: Clerk Office
title: US District Court
219 South Dearborn Street
Chicago, Il. 60604

TO: Scott A. Nehls #6290318
title: Assistant States Attorney
Tort/Civil rights litigation Section
500 Richard J. Daley Center
Chicago, Il. 60602

Please Take Notice that on 7-20-2010
I have placed the documents listed below in the
institutional mail at Lawrence Correction Center,
Properly address to the parties listed above
for mailing through the United States Postal
Service: Information of Unknown Defendants
Identities Request
A copy is hereby served upon the opposing party!

Subscribed and Sworn to Before me this
20th Day of July 2010

Sharon L. McCorkle
**Notary Public**

Nicholas Solivan #K80171
Lawrence Correctional Center
R. R. 2, Box 31
Sumner Il 62466

OFFICIAL SEAL
SHARON L. MCCORKLE
Notary Public - State of Illinois
My Commission Expires Jul 14, 2013

Scott A. Nehls #6290318
Assistant States Attorney
Tort/civil rights litigation section
500 Richard J. Daley Center
Chicago, Il. 60602

United States District Court
Northern District of Illinois

Nicholas Solivan
Plaintiff

VS.

Thomas Dart, et al.
Defendant

CASE NO. 10C1703
Judge Virginia M. Kendall
Magistate Judge Michael T. Mason

Plaintiff's Request for Production of Documents

Pursuant to Rule 34 of Federal Rules of Civil procedure,
Plaintiff hereby request that Defendant produce for inspection
and coping, the documents, Names of unknown Defendants and
tangible things identified below within thirty (30) calendar
days of the SERVICE of this Document request.

PLEASE TAKE NOTE: This is my second request for the
Identities of unknown Defendants. First request made
July, 20th, 2010
I am respectfully requesting this information again as well as
other tangible things identified below.

Thank you for your cooperation in this matter.

Subscribed and Sworn to Before me this
14th Day of September 2010

Sarah A. Dunlap
**Notary Public**

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014

Nicholas Solivan
#K80171
Lawrence Correctional Center
R.R.2, Box 31
Sumner, Il. 62466

Page 2 of 2

Mr. Nehls counsel for Thomas Dart, et al. in Case NO. 10 C 1703
I Nicholas Solivan the Plaintiff am Requesting the following
Information:

1) The identities of all unknown defendants, including full names
and badge numbers of the following unknown Defendants:

1. Officer John Doe #1
2. Sergeant John Doe #1
3. Lieutenant John Doe #1
4. Officer John Doe #2

5. Sergeant John Doe #2
6. Officer John Doe #3
7. Officer John Doe #4
8. Nurse Jane/John Doe #1

2) Any and all medical records of Plaintiff From March, 3rd 2009
through and including the date of your response to this request.

3) Incident Report # 09-03-01-0065

4) Investigation Report to incident Report #09-03-01-0065

5) Video Tape # 09-01-033 Per Grievance from Cook Co.

6) Any and all rules, regulations, procedures, instructions, notes,
memoranda, internal communication, and directive in effect
from March. 3rd, 2009 through and including the date of
your response to this request concerning all Cook County
Jail Staff/employee's Assigned to Division 1 at the
Cook County Jail.

7) Any notes, documents, letters, memoranda, files, records, record books,
logs, work orders, Maintenance records, or written communication
concerning, Defects of cell doors for detainees located in Division 1
in effect March, 3rd 2009 through and including the date of your

Subscribed and Sworn to Before me this
14th Day of September 2010

Sarah A. Dunlap

Notary Public

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014

Nicholas Solivan, # K80171
Lawrence Correctional Center
R. R. 2, BOX 31
Sumner, Il. 62466

United States District Court
Northern District of Illinois

Nicholas Solivan )
**Plaintiff** )
)
)
v. ) Case # 10 C 1703
) Judge Virginia M Kendall
Thomas Dart, Et al. ) Magistrate Judge Micheal T. Mason
**Defendant** )

Proof/Certificate of Service

To: Prisoner Correspondance
Clerks office
US District court
219 South Dearborn St.
Chicago Il 60604

To:_____

To: Scott A Nehls #6290318
Assistant State Attorney
Tort/civil rights litigation section
500 Richard J. Daley Center
Chicago Il 60602

To:_____

**PLEASE TAKE NOTICE** that on ___Sept. 14th, 2010___, I have placed the documents listed below
in the institutional mail at Lawrence Correctional Center, properly addressed to the
parties listed above for mailing in the Unitied States Postal Service:_____

_Plaintiff's request for production of documents_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the
best of my knowledge.

Date: Sept. 14th 2010

/s/ Nichal Solt

Name Nicholas Solivan

**Subscribed and Sworn to Before me this**
**14th Day of September 2010**

Sarah A Dunlap

**Notary Public**

IDOC# K80171

Lawrence Correctional Center

R.R.#2 Box 31

Sumner, Illinois 62466

OFFICIAL SEAL
SARAH A. DUNLAP
Notary Public - State of Illinois
My Commission Expires Jul 08, 2014